# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

UNITED STATES OF AMERICA

V.

JULIE A. CRUZ

CASE #: 1:09-00009-1
USM #: 19129-075

David Cooper
DEFENDANT'S ATTORNEY

**THE DEFENDANT:**

[x] pleaded guilty to count 1 of the Superseding Indictment.
[] pleaded nolo contendere to count(s) which was accepted by the court.
[] was found guilty on count(s) after a plea of not guilty.

Accordingly, the Court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and § 846 | Conspiracy to Possess With Intent to Distribute and Distribute 50 Grams Or More of Methamphetamine | 7/2/2009 | 1 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has been found not guilty on count(s) , and is discharged as to such counts.
[x] Counts 3,8, & 9 of the Superseding Indictment are dismissed as to this defendant on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States District Court and the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and the United States Attorney of material changes in economic circumstances.

April 11, 2011
Date of Imposition of Judgment

Signature of Judge

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By _____ Deputy Clerk

Aleta A. Trauger, U.S. District Judge
Name & Title of Judge

Date Signed: 4/15/2011

DEFENDANT: JULIE A. CRUZ
CASE NUMBER: 1:09-00009-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 120 months.

The defendant was advised of her right to appeal.

The Court makes the following recommendations to the Bureau of Prisons:
1. That defendant receive drug treatment.
2. That defendant receive mental health treatment.
3. That defendant receive vocational training.
4. That defendant be housed at FCI Tallahassee, Florida.

[x] The defendant is remanded to the custody of the United States Marshal.
[] The defendant shall surrender to the United States Marshal for this district,

    [] at   a.m. p.m. on
    [] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

    [] before 2 p.m. on .
    [] as notified by the United States Marshal.
    [] as notified by the Pretrial Services or Probation Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _6/7/11_ to _FCC Coleman Camp @ Coleman, FL_
with a certified copy of this judgment.

_Jorge L Pastrana, Warden_
United States Marshal

By _Jan Edge, CSO_
Deputy Marshal

Page 2
Case 1:09-cr-00009   Document 238   Filed 04/15/11   Page 2 of 6 PageID #: 918

Case 1:09-cr-00009   Document 251   Filed 08/19/11   Page 2 of 2 PageID #: 1013